**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLYDE M. SPAIN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 21-2367** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "L"(5)** |

**ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 6h day of February, 2023.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**